NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**APPLE INC., GOOGLE LLC,**
*Appellants*

**v.**

**CONTENTGUARD HOLDINGS, INC.,**
*Cross-Appellant*

_____

2019-1795, 2019-1796, 2019-1797, 2019-1854

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2015-00040, CBM2015-00160.

_____

**JUDGMENT**

_____

JEFFREY PAUL KUSHAN, Sidley Austin LLP, Washington, DC, argued for all appellants.  Appellant Apple Inc. also represented by NATHANIEL C. LOVE, Chicago, IL.

ROBERT UNIKEL, Paul Hastings LLP, Chicago, IL, for appellant Google LLC.  Also represented by ROBERT R. LAURENZI, New York, NY.

TIMOTHY P. MALONEY, Fitch, Even, Tabin & Flannery,

Chicago, IL, argued for cross-appellant.  Also represented by PAUL HENKELMANN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    PER CURIAM (PROST, *Chief Judge,* REYNA and HUGHES, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 11, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |